O

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   Case No.: SA 09-519M-1
                                     )
12                     Plaintiff,    )   ORDER OF DETENTION
                                     )
13  vs.                              )
                                     )
14  Marlon Cunningham                )
    T/N Otis Kevin Cunningham,       )
15                     Defendant.    )
    _____  )
16

17                                   **I.**

18  A.   (X)   On motion of the Government in a case allegedly involving:

19       1.   ( )   a crime of violence.

20       2.   ( )   an offense with maximum sentence of life imprisonment or death.

21       3.   (X)   a narcotics or controlled substance offense with maximum sentence
22              of ten or more years.

23       4.   ( )   any felony - where defendant convicted of two or more prior
24              offenses described above.

25       5.   ( )   any felony that is not otherwise a crime of violence that involves a
26              minor victim, or possession or use of a firearm or destructive device
27              or any other dangerous weapon, or a failure to register under 18
28              U.S.C. § 2250.

1  B.  (X)  On motion by the Government/( ) on Court's own motion, in a case
2            allegedly involving:
3      (X)  On the further allegation by the Government of:
4            1.  (X)  a serious risk that the defendant will flee.
5            2.  ( )  a serious risk that the defendant will:
6                 a.  ( )  obstruct or attempt to obstruct justice.
7                 b.  ( )  threaten, injure or intimidate a prospective witness or
8                          juror, or attempt to do so.
9  C.  The Government ( ) is/(X) is not entitled to a rebuttable presumption that no
10     condition or combination of conditions will reasonably assure the defendant's
11     appearance as required and the safety or any person or the community.

## II.

14  A.  (X)  The Court finds that no condition or combination of conditions will
15            reasonably assure:
16       1.  (X)  the appearance of the defendant as required.
17            (X)  and/or
18       2.  (X)  the safety of any person or the community.
19  B.  ( )  The Court finds that the defendant has not rebutted by sufficient evidence
20            to the contrary the presumption provided by statute.

## III.

23  The Court has considered:
24  A.  (X)  the nature and circumstances of the offense(s) charged, including whether
25            the offense is a crime of violence, a Federal crime of terrorism, or involves
26            a minor victim or a controlled substance, firearm, explosive, or destructive
27            device;
28  B.  (X)  the weight of evidence against the defendant;

1  C.   (X)   the history and characteristics of the defendant; and
2  D.   (X)   the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:

A.   (X)   As to flight risk:  Defendant is an illegal alien who is currently subject to an immigration detainer; Defendant's failure to be interviewed by Pretrial Services, Defendant's lack of adequate bail resources or acceptable sureties; and Defendant's attempt to flee the crime scene.

B.   (X)   As to danger:  The nature of charge offense.

### VI.

A.   ( )   The Court finds that a serious risk exists the defendant will:
    1.   ( )   obstruct or attempt to obstruct justice.
    2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.   The Court bases the foregoing finding(s) on the following:

_____

_____

_____

### VI.

A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B.   IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the

|    |    |    |
|---|---|---|
| 1  |    | extent practicable, from persons awaiting or serving sentences or being held in |
| 2  |    | custody pending appeal. |
| 3  | C. | IT IS FURTHER ORDERED that the defendant be afforded reasonable |
| 4  |    | opportunity for private consultation with counsel. |
| 5  | D. | IT IS FURTHER ORDERED that, on order of a Court of the United States or on |
| 6  |    | request of any attorney for the Government, the person in charge of the |
| 7  |    | corrections facility in which defendant is confined deliver the defendant to a |
| 8  |    | United States marshal for the purpose of an appearance in connection with a court |
| 9  |    | proceeding. |

Dated:  December 10, 2009

                                                /s/   Arthur Nakazato
                                          ARTHUR NAKAZATO
                            UNITED STATES MAGISTRATE JUDGE